UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Tom Gbanlue Wylie, | Civil No. 13-1301 (SRN/JJG) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| State of Minnesota, | |
| Respondent. | |

_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. No objections to the Report and Recommendation were filed within the requisite time period. Based upon the foregoing and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed in forma pauperis, (Docket No. 3), is DENIED; and

2. This action is DISMISSED with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 16, 2013

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge